UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.                               **Case No. 15-CR-244**

**VYACHESLAV TELYATITSKIY**
**aka SLAVA TELYATITSKIY**,

        Defendant.

MOTION TO PERMIT TRAVEL

**COMES NOW** the above named defendant, through Attorney Robert LeBell, and hereby moves the Court to modify the defendant's bond conditions to travel to Genoa, Wisconsin on June 7th, and to return on June 8th. The defendant will be on a family outing. He will leave at approximately 4am and will return at approximately 9pm. He will be traveling by car.

Dated at Milwaukee, Wisconsin, this 6th day of June, 2019.

                Respectfully submitted,

                */s/ Robert G. LeBell*

                Robert G. LeBell, 01015710
                LeBELL, DOBROSKI, & MORGAN, LLP
                1223 N. Prospect Avenue
                Milwaukee, WI 53202
                Telephone: (414) 276-1233
                Facsimile: (414) 239-8565
                dorbell@ldm-law.com